# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for FFMLT Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13, | : : : : | |
| Plaintiff, | : | Case No. 3:07CV277 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| JOEY NEWMAN, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 29, 2007 (Doc. #21) is ADOPTED in full;

    2.        Plaintiff's Motion to Dismiss (Doc. #16) is GRANTED, and

           A.      Defendant unknown spouse (if any) of Joey Newman, 126 South Third Street, Miamisburg, OH 45342, is DISMISSED as a party to this case;

           B.      Defendant unknown spouse (if any) of Linda Newman, 126 South Third Street, Miamisburg, OH 45342, is DISMISSED as a party to this case; and

           C.      Defendant unknown spouse (if any) of Susan Newman, 126 South Third Street, Miamisburg, OH 45342, is DISMISSED as a party to this case.

    3.        Plaintiff's claims remain pending on the docket of this Court.

November 14, 2007                                  **s/THOMAS M. ROSE**

                                                        Thomas M. Rose
                                         United States District Judge